```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Krystal Dunbar,

                Plaintiff,

-against-

4399 Bronx Chicken LLC., Ali Butt, Kabir (LNU), Melissa (LNU),

                Defendants.

20 Civ. 7884 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      In order to allow mediation to take place, *see* 2/23/2021 Docket Entry; ECF No. 16, the initial pretrial conference will take place on **April 8, 2021**, at **10:20 a.m.** The conference will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, at 10:20 a.m. on April 8, 2021, the parties shall call into the Court's dedicated conference line at (888) 398-2342 or (215) 861-0674, and then enter the access code 5598827, followed by the pound sign.

      The parties shall submit their joint letter and proposed case management plan by **April 1, 2021**. ECF No. 6 ¶¶ 4–5.

      The Clerk of Court is directed to terminate the motion at ECF No. 16.

      SO ORDERED.

Dated: February 23, 2021
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge