UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/23/2021_

Krystal Dunbar,

                Plaintiff,

-against-

4399 Bronx Chicken LLC., Ali Butt,
Kabir (LNU), Melissa (LNU),

                Defendants.

20 Civ. 7884 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On May 3, 2021, the parties jointly moved for the approval of their settlement agreement. *See* Letter, ECF No. 20. On June 9, 2021, the Court denied approval of the settlement agreement because it contained a confidentiality provision and a broad non-disparagement clause, and directed the parties to file a revised settlement agreement without these provisions. ECF No. 21. On June 22, 2021, the parties submitted a revised settlement agreement. ECF No. 22-1. The Court has reviewed this revised settlement agreement, which is identical to the original, except omits the confidentiality provision, non-disparagement clause, and a term providing a remedy if Defendants fail to make settlement payments. Accordingly, the Court finds the revised settlement fair and reasonable and the settlement is APPROVED.

The Clerk of Court is directed to terminate this action with prejudice.

SO ORDERED.

Dated: June 23, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge